**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAEL BEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case: 1:24-cv-06029 |
| | ) | |
| v. | ) | |
| | ) | |
| HR RISK OF TEXAS, INC. d/b/a AVERUS | ) | Hon. Edmond E. Chang |
| FIRE SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT**

1.      On July 17, 2024, Plaintiff filed the instant action against HR Risk of Texas, Inc. d/b/a Averus Fire Services ("Defendant") seeking redress for Defendant's violations of Title VII of the Civil Rights Act of 1964 ("Title VII") (unlawful discrimination and harassment based on Plaintiff's race and religion), 42 U.S.C. §2000e *et seq*., violations of the Illinois Workers' Compensation Act ("IWCA"), and retaliatory discharge.

2.      Defendant was served on July 18, 2024. [Dkt. 5]

3.      Defendant's responsive pleading was due on or before August 8, 2024.

4.      Defendant has yet to appear or submit a responsive pleading.

5.      Plaintiff's counsel has had no communications with Defendant or Defendant's counsel.

6.      Plaintiff intends on seeking an entry of Clerk's Default if Defendant does not appear by September 17, 2024.

Dated: September 3, 2024                     Respectfully submitted,

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8180
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

2